IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**HAROLD J. BLAKELY**                                                                 **PLAINTIFF**

V.                                          CIVIL ACTION NO. 2:11-CV-148-KS-MTP

**LAUREL LEADER CALL NEWSPAPER, et al.**                     **DEFENDANTS**

### ORDER

On May 21, 2012, the Magistrate Judge entered his Report and Recommendation [24] in this matter. On June 1, 2012, Plaintiff filed his purported objections [25] to the Magistrate Judge's Report and Recommendation, but Plaintiff failed to articulate any specific objection to the Magistrate Judge's findings.

The Court has fully reviewed the Report and Recommendation and concludes that it is an accurate statement of the facts and correct analysis of the law. Therefore, the Court accepts, approves, and adopts the factual findings and legal conclusions contained in the Report and Recommendation entered by United States Magistrate Judge Michael T. Parker pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **dismisses with prejudice** Plaintiff's claims under 42 U.S.C. § 1983 against the State of Mississippi; Stephen B. Simpson; Albert Santa Cruz; Melvin Mack; Walter Martin; Tyrone Stewart; Manuel Jones; Cecelia Arnold; David L. Sullivan; Wesley Rushing; M. Wayne Thompson; Laurel Leader Call Newspaper; Rob Sigler; The Review of Jones County Newspaper; Mark Thornton; Bail Bond

Connection; Carolen Perryman; Community Newspaper Holdings, Inc.; Mitchell D. Lynch; and Judith D. Haik. The Court also **dismisses without prejudice** Plaintiff's state law claims against the same Defendants.

The Court **denies** Plaintiff's Motion to Amend [14] his Complaint.

The Court orders Plaintiff to provide the Court with the current addresses for Defendants Josh Welsh and David Driskell within thirty (30) days of the entry of this order. **Failure to provide said addresses will result in the dismissal with prejudice of Plaintiff's claims against those Defendants.**

SO ORDERED AND ADJUDGED this 7th day of June, 2012.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE